HON. LONNY R. SUKO

PAUKERT & TROPPMANN, PLLC
BREEAN BEGGS, WSBA 20795
522 W. Riverside Ave., Ste. 560
Spokane, WA 99201
(509) 232-7760
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTATE OF JASON POSS, deceased, and MICHAEL POSS, in his capacity as Personal Representative of the ESTATE OF JASON POSS, and MICHAEL and GERALDINE POSS, in their personal capacity as the parents of JASON POSS,<br><br>               Plaintiffs,<br><br>v.<br><br>KELLEE GATELY and JASON CURTIS, individuals each in their personal capacities, and CITY OF SPOKANE, a municipal corporation,<br>               Defendants. | Case No.: CV-12-00456-LRS<br><br><br>ORDER OF DISMISSAL WITH PREJUDICE |

On hearing the Parties' Stipulation, and the Court being fully advised in the premises, it is:

ORDER OF DISMISSAL WITH PREJUDICE - 1

ORDERED that the above action is hereby dismissed with prejudice with respect to all of the claims against Defendants, and no costs or fees are awarded.

DATED:  May 22, 2013.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

PAUKERT & TROPPMANN, PLLC


s/Breean L. Beggs
Breean L. Beggs, WSBA #20795
E-Mail: bbeggs@pt-law.com
Attorney for Plaintiffs

KEATING, BUCKLIN &
McCORMACK, INC., P.S.


s/Stewart A. Estes
Stewart A. Estes, WSBA #15535
E-Mail: sestes@kbmlawyers.com

OFFICE OF THE CITY ATTORNEY,
CITY OF SPOKANE

s/Salvatore J. Faggiano
Salvatore J. Faggiano, WSBA #15696
E-Mail:  sfaggiano@spokanecity.org
Attorneys for Defendants Gately,
Curtis and the City of Spokane